UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

DORIS CRAWFORD,

                Plaintiff,                            **ORDER**
                                                            **08 CV 3429 (NGG)(LB)**

- against -

LUTHERAN MEDICAL CENTER,

                Defendant.
----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

The Court held a conference in this case on February 8, 2010, and granted plaintiff one final opportunity to serve her opposition to defendant's motion to dismiss on defendant's counsel by February 23, 2010. Defendant shall serve its reply, if any, and electronically file plaintiff's opposition along with the reply by March 2, 2010. If plaintiff fails to oppose the motion by February 23, 2010, defendant shall notify the Court by letter and the Court shall consider defendant's motion unopposed.

SO ORDERED.

                                                                       /Signed by Judge Lois Bloom/
                                                                       LOIS BLOOM
                                                                       United States Magistrate Judge

Date:  February 8, 2010
        Brooklyn, New York